**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00821-LTB-CBS

KD KANOPY, INC., a Colorado corporation,

    Plaintiff,

v.

CELINA TENT, INC., an Ohio corporation,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 3 - filed July 21, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   July 22, 2008